UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRUCE ANTHONY McPHERSON,

Petitioner,

v.

RAUL MORALES,

Respondent.

Case No.: 1:26-cv-04871-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF MANDAMUS AS FRIVOLOUS

Docs 1, 6

Petitioner is appearing pro se and in forma pauperis in this habeas corpus action brought pursuant to 28 U.S.C. section 2254. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2026, the assigned magistrate judge issued findings and recommendations to deny the petition for writ of mandamus as frivolous. Doc. 6. The findings and recommendations were served on the petitioner and contained notice that any objections were to be filed within fourteen days of service. *Id.* at 3. Petitioner filed objections on September 11, 2026. Doc. 7.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, including petitioner's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued August 27, 2026, Doc. 6, are ADOPTED in full.
2. The petition for writ of mandamus, Doc. 1, is DISMISSED as frivolous.
3. The Clerk of the Court is directed to terminate any pending motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated: September 22, 2026

UNITED STATES DISTRICT JUDGE